IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAQUIZE L. MCMATH,

    Petitioner,

-vs-

RICK HARRINGTON,

    Respondent.                          No. 11-cv-881-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on August 7, 2014 (Doc.35), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice**. The Court further **DENIES** Petitioner's application for a certificate of appealability.

                                          JUSTINE FLANAGAN,
                                          ACTING CLERK OF COURT


                                          BY:  s/*Caitlin Fischer*
                                                  Deputy Clerk

**DATED:** August 7, 2014

Digitally signed by David R. Herndon
Date: 2014.08.07 15:51:55 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**